UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD RICHARDSON,

        Plaintiff,                Case no. 12-12361
                                              HON. JOHN CORBETT O'MEARA

v.

CITY OF DETROIT RETIREMENT
SYSTEMS,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    Before the court is Magistrate Judge Michael Hluchaniuk's March 29, 2013 report and recommendation. No objections were filed by the parties. The court having thoroughly reviewed and considered the entire record and being fully advised in the premises;

    IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings as conclusions.

                                           s/John Corbett O'Meara
                                           United States District Judge

Date:  May 29, 2013

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 29, 2013, using the ECF system and/or ordinary mail.

                                           s/William Barkholz
                                           Case Manager